AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Kayln Brock and
Kendra Deyarmond

v.

Michigan State University, et al.

Case No. 1:21-cv-00436
Hon. Hala Y. Jarbou

TO: EDWARD W. SPARROW HOSPITAL
ADDRESS: a domestic nonprofit Corporation

C/o RA Andrea Kosloski 1200 E Michigan Ave., Suite 600, Lansing, MI 48912

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Manvir S. Grewal, Sr. (P48082)
Grewal Law PLLC
2290 Science Parkway
Okemos, MI 48864
517-393-3000

CLERK OF COURT



May 27, 2021

By: Deputy Clerk    Date

---

## PROOF OF SERVICE

This summons for _____EDWARD W. SPARROW HOSPITAL_____ was received by me on __6-5-2021__.
(name of individual and title, if any)                                                                                    (date)

☐ I personally served the summons on the individual at _____
                                                                                                          (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                                                      (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                      (date)

☒ I served the summons on __Krisan Tisch - Exec. Asst.__, who is designated by law to accept service
                                                    (name of individual)
of process on behalf of __Edward W. Sparrow Hospital__ on __6-7-2021__.
                                      (name of organization)                                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ __1.68__ for travel and $ __26.00__ for services, for a total of $ __27.68__.

I declare under the penalty of perjury that this information is true.
Date: __6-7-2021__

Server's signature

ANGELA VERMILLION - Process Server
Server's printed name and title

3105 S. MLK Ste. 382 Lansing, MI 48910
Server's address

Additional information regarding attempted service, etc.: