UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAYLYN BROCK, et al.,

    Plaintiffs,

v.

                                      Case No. 1:21-cv-436

MICHIGAN STATE UNIVERSITY, et al.,        Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER TO SHOW CAUSE

The court records reveal that Plaintiffs served a summons and complaint on Defendants Michigan State University Board of Trustees, Michigan State University, Edward W. Sparrow Hospital Association d/b/a SMG Lansing Internal Medicine, and Edward W. Sparrow Hospital Association on June 7, 2021 (ECF Nos. 6, 7, 8, 9, and 10) and these defendants have failed to file a response within the time allowed in the court rules.  The court records further indicate that Plaintiffs have failed to move for an entry of default against these defendants.  Therefore,

**IT IS ORDERED** that Plaintiffs shall, not later than **July 14, 2021**, move for an entry of default against Defendants Michigan State University Board of Trustees, Michigan State University, Edward W. Sparrow Hospital Association d/b/a SMG Lansing Internal Medicine, and Edward W. Sparrow Hospital Association or show cause in writing why the Court should not dismiss the case against Defendants Michigan State University Board of Trustees, Michigan State University, Edward W. Sparrow Hospital Association d/b/a SMG Lansing Internal Medicine, and Edward W. Sparrow Hospital Association for lack of prosecution pursuant to W.D. Mich. LCivR 41.1.

Dated:  June 30, 2021                      /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                         UNITED STATES DISTRICT JUDGE