UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAYLYN BROCK, et al.,

    Plaintiffs,

v.

Case No. 1:21-cv-436

Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

## NOTICE OF IMPENDING DISMISSAL

The court records indicate that more than 60 days have passed from the filing of the above complaint and Defendant Raquel McCrimmon has not been served. This notice serves to inform Plaintiffs that the action shall be dismissed without prejudice as to Defendant Raquel McCrimmon, unless Plaintiffs complete service of process within 90 days after the filing of the complaint, in accordance with Fed. R. Civ. P. 4(m).

Dated: July 27, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE