Case 1:21-cv-00436-HYJ-RSK ECF No. 36, PageID.225 Filed 01/20/22 Page 1 of 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAYLYN BROCK,
KENDRA DEYARMOND,

    Plaintiffs,                          Case No. 1:21-cv-436

v.                                           Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Defendants' motion to dismiss (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that Counts Two, Three, and Eight of the complaint are **DISMISSED**.

**IT IS FURTHER ORDERED** that Counts Four, Five, and Seven of the complaint are **DISMISSED** as to Defendants Ward and Kauffman. There are no additional claims against Ward and Kauffman, so they are **DISMISSED** as defendants.

Dated:   January 20, 2022                     /s/ Hala Y. Jarbou
                                                             HALA Y. JARBOU
                                                             UNITED STATES DISTRICT JUDGE