UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAYLYN BROCK, et al.,

    Plaintiffs,

v.

    Case No. 1:21-cv-436

    Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

### ORDER

The Court having been advised of the parties' agreement to settle this matter, by a report of facilitative mediation (ECF No. 39), filed on May 10, 2022,

**IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **May 25, 2022**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.

Date: May 11, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE