UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**KAYLYN BROCK,**
**KENDRA DEYARMOND,**

      **Plaintiffs,**

                                  CASE NO.:  1:21-cv-00436

v

                                  HON.  HALA Y. JARBOU

**MICHIGAN STATE UNIVERSITY,**
**MICHIGAN STATE UNIVERSITY**
**BOARD OF TRUSTEES, official capacity only,**
**EDWARD W. SPARROW HOSPITAL ASSOCIATION,**
a domestic nonprofit corporation d/b/a
**SMG LANSING INTERNAL MEDICINE, et al.**

      **Defendants.**

---

**Manvir S. Grewal (P48082)**
**Nolan Erickson (P72661)**
**Daniel V. Barnett (P82372)**
**GREWAL LAW PLLC**
*Attorneys for Plaintiffs*
2290 Science Parkway
Okemos, Michigan 48864
Ph: (517) 393-3000
F:   (517) 393-3003
dbarnett@4grewal.com
nerickson@4grewal.com


**RANDALL A. JUIP (P58538)**
**FOLEY, BARON, METZGER & JUIP, PLLC**
*Attorneys for Defendants Edward W. Sparrow Hospital Association*
38777 Six Mile Road, Suite 300
Livonia, MI  48152 (734)742-1800
rajuip@fbmjlaw.com

**Elizabeth Watza (P81129)**
**Michigan State University**
*Attorney for MSU Defendants*
426 Administration Building,
Room 494
East Lansing, Michigan 48824
(517) 353-3530
watzaeli@msu.edu

**Raquel McCrimmon**
*Defendant, In Pro Per*
7787 Clark Road
Bath, Michigan 48808
Ph: (517) 353-8122
raquelmccrimmon@hotmail.com

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The matter having come before the Court upon the stipulation of the parties, the Court understanding that all of Plaintiffs' claims asserted against Defendants Michigan State University, Michigan State University Board of Trustees, and Raquel McCrimmon are to be dismissed in their entirety with prejudice, and the Court being otherwise fully informed of the premises,

**IT IS ORDERED** that all of Plaintiffs' claims asserted against Defendants Michigan State University, Michigan State University Board of Trustees, and Raquel McCrimmon in the above-captioned action shall be and are hereby dismissed, in their entirety, with prejudice, and without attorney fees or costs taxed to either party.

Dated:  June 27, 2022                          /s/ Hala Y. Jarbou
                                               HALA Y. JARBOU
                                               UNITED STATES DISTRICT JUDGE

**This Order is hereby stipulated to for entry by:**

/s/ Elizabeth Watza (w/consent)
**Elizabeth Watza (P81129)**
**Michigan State University**
*Attorney for MSU Defendants*
426 Administration Building, Room 494
East Lansing, Michigan 48824
(517) 353-3530
watzaeli@msu.edu

/s/ Daniel V. Barnett
**Daniel V. Barnett (P82372)**
**GREWAL LAW, PLLC**
*Attorneys for Plaintiffs*
2290 Science Parkway
Okemos, Michigan 48864
Ph: (517) 393-3000
dbarnett@4grewal.com

/s/ Raquel McCrimmon (w/consent)
**Raquel McCrimmon**
*Defendant, In Pro Per*
7787 Clark Road
Bath, Michigan 48808
Ph: (517) 353-8122
raquelmccrimmon@hotmail.com